RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 18 2022

FILED
DOCKETED

20-17512

Electronically Filed
Supreme Court
SCCQ-22-0000538
13-OCT-2022
03:31 PM
Dkt. 10 ORD

SCCQ-22-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MATT YAMASHITA, Plaintiff-Appellant,

vs.

LG CHEM, LTD.; LG CHEM AMERICA, INC., Defendants-Appellees,

and

COILART; GEARBEST.COM; and WA FA LA INC., Defendants.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF
(By: Eddins, J.)

When this court accepted the United States Court of Appeals for the Ninth Circuit's certified questions, we wrote: "The court will answer the questions without briefing or oral argument." (See Order Regarding Certified Questions, at 1, Sept. 21, 2022.)

On October 12, 2022 the Department of the Attorney General filed a Motion for Leave to File Amicus Brief. This case is *not*, as the Department of the Attorney General asserts in its motion, "arguably 'a case[] where the constitutionality'

of HRS § 634-35 has been drawn into question as applied to Defendant-Appellees, such that the filing of an amicus brief by the Attorney General is authorized under HRAP Rule 28(g) without order the court." Rather, the filing of an amicus brief here is discretionary under Hawai'i Rules of Appellate Procedure Rule 28(g).

    The Motion for Leave to File Amicus Brief is denied.

    DATED: Honolulu, Hawai'i, October 13, 2022.

/s/ Todd W. Eddins

Associate Justice

